IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06–cv–02472– JLK**

**PAULA A. FARBER**,

    Plaintiff,

v.

**J.P. MORGAN INSTITUTIONAL INVESTMENTS, INC**.

    Defendant.

_____

**ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE AND VACATE ENTRY OF DEFAULT AND FOR LEAVE TO FILE A RESPONSIVE PLEADING**
_____

THIS MATTER, coming before the Court on Defendant's Motion to Set Aside and Vacate Entry of Default and For Leave to File a Responsive Pleading (doc. #8), filed July 2, 2007 and the Court having reviewed the pleadings and being fully advised of the premises,

DOES HEREBY ORDER THAT:

Defendant's Motion to Set Aside and Vacate Entry of Default and For Leave to File a Responsive Pleading is GRANTED. The Entry of Default entered by the Court Clerk on May 31, 2007 is set aside and vacated. Defendant shall have fifteen (15) days from the date of this Order or until July 18, 2007 to file its Answer or otherwise plead to Plaintiff's Complaint.

    Dated:  July 3, 2007        BY THE COURT:

                                        *S/John L. Kane*
                                        DISTRICT COURT JUDGE