IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06–cv–02472–JLK**

**PAULA A. FARBER**,

  Plaintiff,

v.

**J.P. MORGAN INSTITUTIONAL INVESTMENTS, INC**.

  Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

  The Stipulated Protective Order (doc. #23), filed October 29, 2007, is REJECTED as it does not conform with Judge Kane's standard form of protective order. Please see the court's website at www.cod.uscourts.gov for the correct form of order. Specifically, the judge does not allow for the automatic filing of anything under seal & non-disclosure agreements must be in the form of a sworn affidavit and not simply an agreement.

---

Dated:  October 29, 2007