IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06–cv–02472–JLK**

**PAULA A. FARBER**,

    Plaintiff,

v.

**J.P. MORGAN INSTITUTIONAL INVESTMENTS, INC**.

    Defendant.

---

## MINUTE ORDER
---

Judge John L. Kane **ORDERS**

    The Motion for Withdrawal of Co-Counsel Ryan J. Stuart (doc. #46), filed February 12, 2008, is GRANTED. Ryan J. Stuart is permitted to withdraw as attorney of record for defendant.

---

Dated: February 12, 2008