IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02472-JLK-MEH

PAULA A. FARBER,

    Plaintiff,

v.

J.P. MORGAN INSTITUTIONAL INVESTMENTS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 24, 2008.**

    Upon notice of the settlement of this matter, Plaintiff's Motion to Compel Disclosure of Documents [filed January 22, 2008; doc #41] is **denied as moot**.