# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02472-JLK-MEH

PAULA A. FARBER,

    Plaintiff,

v.

J.P. MORGAN INSTITUTIONAL INVESTMENTS, INC.,

Defendant.

---

## ORDER

---

    THIS MATTER is before the Court on the Parties' Stipulation for Dismissal With Prejudice (doc. #56), filed April 18, 2008. It is

    ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, each party to pay their respective costs and attorney fees.

    DATED this 21st day of April, 2008.

                                  BY THE COURT:

                                  *s/John L. Kane*
                                  United States District Court Judge